Same case below, 369 Fed. Appx. 822.

Same case below, 386 Fed. Appx. 449.

**No. 10-6933. Leroy Carr, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 612, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8842.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 713.

**No. 10-6951. Lawrence W. Few, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 614, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8945.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 564.

**No. 10-6938. Courtney Knowles, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 613, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8848.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 623 F.3d 381.

**No. 10-6965. Marc A. Biggs, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 614, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8851.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 355 Fed. Appx. 639.

**No. 10-6946. Robin L. Peoples, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 613, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8849.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6967. Denandias Watson, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 614, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8837.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6949. Monelle Terrod Harris, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 614, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8878.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-6970. Vernell D. Williams, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 614, 178 L. Ed. 2d 446, 2010 U.S. LEXIS 8883.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.